IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
SEP 15 2015
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

BRENT SCOTT BAILEY,

    Petitioner,

v.                                                                                         Civil Action No. **3:15CV329**

**ERIC D. WILSON,**

    Respondent.

## MEMORANDUM OPINION

Petitioner, a federal prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on October 9, 2013, the Court directed Petitioner, within fifteen (15) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). The Court admonished Petitioner that:

> Petitioner must state the facts that make his detention unlawful. The Court's consideration of Petitioner's grounds for habeas relief shall be limited to the grounds and supporting facts concisely set forth on this standardized form and on any attached pages. Petitioner may not incorporate other documents by reference. Failure to complete and return the form in a timely manner will result in dismissal of the action. *See* Fed. R. Civ. P. 41(b).

(ECF No. 4 ¶ 2.)

Petitioner made only negligible efforts to comply with the Court's directive and complete the § 2241 form. For example, where Petitioner was directed to set forth his grounds for relief and supporting facts, Petitioner simply ranted: "I DON'T KNOW I ALREADY LISTED THEM IN MY 2241!!!! ARE YOU GOING TO BE LIKE MY TRIAL JUDGE & REFUSE TO RIGHT NO MATTER WHAT?!?!" (ECF No. 7, at 8.) Given Petitioner's contumacious response and his failure to comply with the Court's directions, the action will be DISMISSED WITHOUT

PREJUDICE. Petitioner's outstanding motions (ECF Nos. 2, 8, 9) will be DENIED. A certificate of appealability is DENIED.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 9-15-15
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge